# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Ronald E. Govan

    Plaintiff,

v.

United States of America
Department of Veterans Affairs

    Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-491-RBK

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this 4th day of January, 2009

Hon. Robert B. Kugler, USDCJ